Sheri M. Thome, Esq.
Nevada Bar No. 008657
Rachel L. Wise, Esq.
Nevada Bar No. 012303
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Rachel.Wise@wilsonelser.com
*Attorneys for Defendant
American Safety Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CROWN LOGISTICS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY INSURANCE COMPANY; CONTINENTAL TRUCKING ASSOCIATION, INC.; CONTINENTAL INSURANCE AGENCY, INC.; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | Case No.  3:21-cv-00081-MMD-WGC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION AGAINST AMERICAN SAFETY INSURANCE COMPANY, WITH PREJUDICE** |

Plaintiff Crown Logistics, LLC ("Plaintiff") and Defendant American Safety Insurance Company ("ASIC"), by and through their undersigned counsel, hereby file this Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree and stipulate to dismiss, with prejudice, Plaintiff's Seventh Cause of Action of Unauthorized Transaction of Insurance/Injunction v. ASIC.  Each party will bear their own attorneys' fees and costs incurred on ASIC's Partial Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 7).

\\

\\

\\

250812172v.1

-2-

Defendant ASIC hereby agrees to withdraw its Partial Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 7).

IT IS SO STIPULATED.

DATED this 25th day of February, 2021.  DATED this 25th day of February, 2021.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

LEVERTY & ASSOCIATES LAW CHTD.

By: */s/ Sheri M. Thome*_____
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Rachel L. Wise, Esq.
    Nevada Bar No. 012303
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Sheri.Thome@wilsonelser.com
    Rachel.Wise@wilsonelser.com
    *Attorneys for Defendant American Safety Insurance Company*

By: */s/ Patrick R. Leverty*_____
    Patrick R. Leverty, Esq.
    Nevada Bar No. 008840
    Vernon E. Leverty, Esq.
    Nevada Bar No. 001266
    832 Willow Street
    Reno, Nevada 89502
    pat@levertylaw.com
    gene@levertylaw.com
    *Attorneys for Plaintiff Crown Logistics LLC*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED** that Plaintiff's claim of Unauthorized Transaction of Insurance/Injunction v. American Safety Insurance Company (Seventh Cause of Action) shall be dismissed with prejudice.  Each party will bear their own attorney's fees and costs incurred on ASIC's Partial Motion to Dismiss Plaintiff's First Amended Complaint, which ASIC agrees to withdraw (ECF No. 7).

ASIC's Partial Motion to Dismiss Plaintiff's First Amended Complaint is hereby denied as moot.

DATED this __1st__ day of __March_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

250812172v.1