RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
E-Mail: rwise@grsm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CROWN LOGISTICS, LLC, a Nevada Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SAFETY INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 3:21-cv-00081-MMD-WGC<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that RACHEL L. WISE, ESQ. is no longer working on this case and wishes to be removed from Electronic Service for this matter.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP will continue to serve as counsel for Defendant American Safety Insurance Company in this action.

DATED this 7th day of July, 2021

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Rachel L. Wise*
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

IT IS ORDERED.
DATED: July 8, 2021.

_____
U.S. MAGISTRATE JUDGE

-1-